# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                           No. CR 98-0391  JB

MEL LAMBERT VELARDE,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendant Mel Velarde's Motion for Leave to Conduct Discovery, filed August 23, 2007 (Doc. 375). The Court held a hearing on February 11, 2008. The primary issue before the Court is whether the Court should expand the scope of the evidentiary hearing to include testimony from witnesses who can detail the nature of the victim's touching allegations and state whether the school system determined them to be false, so that the Court can make an informed ruling whether a new trial is warranted under United States v. Sinclair, 109 F.3d 1527 (10th Cir.1997). Because the Court effectively granted this motion by issuing all the subpoenas that Defendant Mel Lambert Velarde requested, because the Court held the evidentiary hearing that Velarde requested and in which he was able to examine all relevant witnesses, and because the Court has issued a Memorandum Opinion and Order filed May 16, 2008 (Doc. 414), which held that a new trial was warranted under United States v. Sinclair, the Court will deny this motion as moot.

**IT IS ORDERED** that Defendant Mel Velarde's Motion for Leave to Conduct Discovery is denied as moot.

UNITED STATES DISTRICT JUDGE

*Counsel:*

David C. Iglesias
Gregory J. Fouratt
  United States Attorneys
J. Miles Hanisee
Glynette R. Carson-McNabb
Presiliano Torrez
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Peter Schoenburg
Marc M. Lowry
Rothstein, Donatelli, Hughes, Dahlstrom
  Schoenburg & Bienvenu, LLP
Albuquerque, New Mexico

     *Attorneys for the Defendant*